UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS HEARD                                             CIVIL ACTION

VERSUS                                                   NO. 12-539

EAST BATON ROUGE PARISH PRISON                           SECTION "I"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Thomas Heard is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this ___28th___ day of March, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE